FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 13 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

Nicole A. Thompson
3140 Saint Rose Pkwy Unit 1200 Henderson, NV 89052
(323) 895-3497
nikkithemua@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAME OF PLAINTIFF(S)<br>NICOLE A. THOMPSON, pro se<br>Plaintiff,<br>v.<br>STYL RESIDENTIAL;<br>MAGNOLIA CAPITAL;<br>KEVIN JONES, IN HIS OFFICIAL CAPACITY;<br>BRIAN KOENIG, IN HIS OFFICIAL CAPACITY;<br>DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br>Defendant(s). | Case No.:<br>2:26-cv-02076-GMN-DJA<br><br>MOTION FOR PERMISSION TO REGISTER FOR ELECTRONIC CASE FILING (CM/ECF) |

Plaintiff, pro se, respectfully moves this Court for an order permitting Plaintiff to register as an electronic filer and utilize the Court's Electronic Case Filing (CM/ECF) system pursuant to Local Rule LR IC 2-1(b). In support of this Motion, Plaintiff states as follows:

1. Plaintiff is representing themselves pro se in this action.

2. Access to CM/ECF will ensure the timely, efficient filing of documents and ensure Plaintiff receives immediate, real-time notice of all filings, orders, and deadlines issued on the court docket.

//

3. Plaintiff possesses the necessary hardware and software to participate, including computer access, a high-speed internet connection, word processing capabilities, and a scanner to convert signed documents into PDF format.

4. Plaintiff maintains a regular email address capable of receiving electronic notices and has an established PACER account ready, and available to facilitate standard electronic filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and authorize Plaintiff to register for the CM/ECF system.

Submitted this 13th day of July, 2026.

By: ______________________________
NICOLE A. THOMPSON, Pro Se Plaintiff

//
//
//
//
//
//
//
//
//
//
//
//
//

Nicole A. Thompson
3140 Saint Rose Pkwy Unit 1200 Henderson, NV 89052
(323) 895-3497
nikkithemua@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NAME OF PLAINTIFF(S)

NICOLE A. THOMPSON, pro se

Plaintiff,

v.

STYL RESIDENTIAL;
MAGNOLIA CAPITAL;
KEVIN JONES, IN HIS OFFICIAL CAPACITY;
BRIAN KOENIG, IN HIS OFFICIAL CAPACITY;
DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,

Defendant(s).

Case No.:

2:26-cv-02076-GMN-DJA

ORDER GRANTING MOTION FOR PERMISSION TO REGISTER FOR ELECTRONIC CASE FILING (CM/ECF)

IT IS SO ORDERED that Plaintiff's Motion for Permission to Register for Electronic Case Filing (CM/ECF) is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall promptly register for electronic filing access through PACER and comply with all local rules and procedures governing electronic filers in this District.

DATED this 20th day of July, 2026.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE